IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01450-CMA-BNB

TIMOTHY BRANSTETTER,

Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

Defendant.

_____

**ORDER**
_____

Consistent with matters discussed this morning at a status conference and pursuant to Fed. R. Civ. P. 26(a)(1), IT IS ORDERED:

(1) On or before October 4, 2013, the defendant shall:

(a) Either (i) disclose to the plaintiff a full and complete copy of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment, or (ii) post a cash bond in the amount of $10,000.00; and

(b) Disclose to the plaintiff its operating procedures and training policies.

(2) The defendant is cautioned that its failure to comply with this Order may result in the imposition of sanctions including entry of a default judgment or any lesser appropriate sanction.

Dated September 24, 2013.

                                                BY THE COURT:

                                                /s/ Boyd N. Boland
                                                United States Magistrate Judge